AO 442 (Rev. 01/09) Arrest Warrant

FID 11546295

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) |
| Jeanette Mangia | ) Case No. CR 23-288-02 (BAH) |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jeanette Mangia

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment   ❏ Superseding Indictment   ❏ Information   ❏ Superseding Information   ❏ Complaint
❏ Probation Violation Petition   ❏ Supervised Release Violation Petition   ❏ Violation Notice   ☑ Order of the Court

This offense is briefly described as follows:

See attached minute order and motion to revoke release order

Date: 06/25/2024

*Issuing officer's signature*

City and state: Washington D.C.

BERYL A. HOWELL            U.S. DISTRICT JUDGE
*Printed name and title*

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 442 (Rev. 01/09) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:    JEANETTE MANGIA

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:
113 Diller Road, New Cumberland, Pennsylvania 17070

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:    5'4"      Weight:    158ibs

Sex:    Female      Race:    Caucasian

Hair:      Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:
U.S. Pretrial Services for the District of Columbia
(202)442-1000

Date of last contact with pretrial services or probation officer *(if applicable)*: